IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                              No. CR S-04-0250 FCD PAN P

    vs.

KERRY DEAN DARLING,

    Movant.                                ORDER

_____/

        Movant is a federal prisoner, without counsel, seeking post-conviction relief. See 28 U.S.C. § 2255. On March 22, 2006, movant filed a motion requesting that the court direct trial counsel to provide movant copies of the case file made during trial.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall forward a copy of the March 22, 2006, motion and this order to movant's trial counsel; and

        2. Within 15 days thereafter, trial counsel shall either provide a copy of the case file to movant or submit a written explanation to the court stating why he cannot.

DATED: April 13, 2006.

UNITED STATES MAGISTRATE JUDGE

\004\darl0250.clt file