UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**USA**

vs.                                                                  CASE NO.  **2:04-cr-250 FCD PAN**

**DARLING**

### ORDER OF REASSIGNMENT

The Court, having considered the recent appointment of **United States Magistrate Judge Edmund F. Brennan**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **reassigned** from **Magistrate Judge Peter A. Nowinski**, to **Magistrate Judge Edmund F. Brennan** for all further proceedings.  The new case number for this action, which must be used on all future documents filed with the court is:

**2:04-cr-250 FCD EFB**

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **August 25, 2006**

**DAVID F. LEVI**, CHIEF
U.S. DISTRICT COURT JUDGE