IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,           No. CR. S-04-0250 FCD EFB P

    vs.

KERRY DEAN DARLING,

        Movant.             <u>ORDER</u>

_____/

      On August 4, 2006, movant filed a request for appointment of counsel.  The court may appoint counsel at any stage of section 2255 proceedings "if the interests of justice so require." 18 U.S.C. § 3006A; *see* Rule 8(c), Rules Governing Section 2255 Proceedings.

      Movant also requests that the court stay this action and hold it in abeyance pending resolution of his direct appeal, which is pending in the Ninth Circuit.  He assert that if the court were to dismiss the present motion, a later motion could be barred either by the statute of limitations or the restrictions on second or successive motions.  *See* 28 U.S.C. § 2255.  The court finds that the interests of justice would be served by the appointment of counsel at this time.

      Accordingly, it hereby is ORDERED that movant's August 4, 2006, request for the appointment of counsel is granted.  The Office of the Federal Defender is hereby appointed as counsel of record for purposes of the instant motions.  The request to hold the motion in

1

abeyance is addressed in this court's Findings and Recommendations filed separately.

Dated: September 19, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/darl0250.ord grnt counsel