IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-04-0250 FCD EFB P

    vs.

KERRY DEAN DARLING

        Movant.                <u>ORDER</u>

              Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

              On September 19, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Movant has filed objections to the findings and recommendations.

              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2006, are adopted in full;

2. Movant's August 4, 2006, motion to stay this action and hold it in abeyance pending resolution of the direct appeal is denied and the § 2255 proceeding are dismissed without prejudice to refiling once all appeals are finally resolved; and

3. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-06-0318 FCD EFB P.

DATED: November 15, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE