IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                       No. CR S-04-0250 GEB EFB

    vs.

KERRY DEAN DARLING,

    Movant.                                            <u>ORDER</u>

                                    /

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Dckt. No. 120. Since movant may be entitled to the requested relief, respondent is directed to file an answer, motion or other response within sixty days of the date of this order. *See* Rule 4(b), Rules Governing § 2255 Proceedings in the U.S. District Courts.

Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the § 2255 motion. Rule 5, Rules Governing § 2255 Proceedings in the U.S. District Courts.

Movant's reply to respondent's answer, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

1

1    If the response to the § 2255 motion is a motion, movant's opposition or statement of
2 non-opposition shall be filed and served within 30 days of service of the motion, and
3 respondents' reply, if any, shall be filed within 14 days thereafter.
4    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
5 September 24, 2008 motion on the United States Attorney or his authorized representative.
6    So ordered.
7 Dated:  September 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE