IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                       No. CR. S-04-0250 GEB

    vs.

KERRY DEAN DARLING,

        Movant.                      ORDER

_____/

       The court is in receipt of movant's request, through his previous appellate counsel, for appointment of counsel on a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.[1] It appearing that appointment is appropriate, the Office of the Federal Defender is hereby APPOINTED as counsel for movant, 18 U.S.C. § 3006A(a)(2)(B).

       In anticipation of the April 11, 2012 status conference, the parties shall file a status report, not later than close of business on Friday, April 6, 2012 addressing (1) any desired amendment to movant's § 2255 motion, (2) anticipated discovery the parties will seek leave of court to conduct, and (3) any other matters concerning the future scheduling of this matter, including any potential request for an evidentiary hearing.

---

[1] Counsel was previously appointed for movant on September 19, 2006 to represent him in a prior § 2255 motion that was dismissed as premature.

1

Within the request for appointment, counsel requests this court's view of potential conflict in representing movant.  Although the court would rule on a challenge for conflict, if any, that respondent may file, counsel's request for an advisory opinion is denied.

DATED: April 2, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE