BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | 2:04-cr-00250 GEB EFB-1 |
|         Plaintiff,                  ) | |
|                                     ) | |
|     v.                              ) | ORDER |
|                                     ) | |
| KERRY DEAN DARLING,                 ) | |
|                                     ) | |
|         Defendant.                  ) | |

**<u>ORDER</u>**

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: government's answer to the movant's amended motion shall be due October 9, 2012; movant's traverse shall be due November 8, 2012; and the deadline to move for evidentiary hearing shall be November 8, 2012.

Dated: August 21, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE