BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-cr-00250 GEB EFB-1 |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| KERRY DEAN DARLING, | |
| Defendant. | |

**ORDER**

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: government's answer to the movant's amended motion shall be due January 21, 2013; movant's traverse shall be due February 21, 2013; and the deadline to move for evidentiary hearing shall be February 21, 2013.

Dated: December 7, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE