1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2932

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) 2:04-cr-00250 GEB EFB-1
12            Plaintiff,            )
                                    )
13       v.                         ) [PROPOSED] ORDER
                                    )
14 KERRY DEAN DARLING,              )
                                    )
15            Defendant.            )
   _____ )
16

17                        **[PROPOSED] ORDER**

18

19      Having reviewed the government's request for an extension of

20 time in this case, the litigation schedule in this matter shall

21 be modified as follows: government's answer to the movant's

22 amended motion shall be due February 4, 2013; movant's traverse

23 shall be due February 21, 2013; and the deadline to move for

24 evidentiary hearing shall be March 7, 2013.

25 Dated: January 23, 2013.

26

27                        _____
                          EDMUND F. BRENNAN
28                        UNITED STATES MAGISTRATE JUDGE