1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2932

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  2:04-cr-00250 GEB EFB-1
12          Plaintiff,               )
                                     )
13      v.                           )  ~~[PROPOSED]~~ ORDER
                                     )
14  KERRY DEAN DARLING,              )
                                     )
15          Defendant.               )
    _____     )

16

17                    ~~[PROPOSED]~~ ORDER

18

19      Having reviewed the government's request for an extension of

20  time in this case, the litigation schedule in this matter shall

21  be modified as follows: government's answer to the movant's

22  amended motion shall be due March 4, 2013; movant's traverse

23  shall be due March 21, 2013; and the deadline to move for

24  evidentiary hearing shall be April 8, 2013.

25  Dated: February 7, 2013.

26

27                    EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE
28