UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KERRY DEAN DARLING,<br><br>        Defendant. | No.  2:04-cr-00250-GEB-EFB<br><br><br>**ORDER** |

        On November 13, 2014, Defendant Preston Joel Mays filed, in pro per, a motion for the modification of his sentence under 18 U.S.C. § 3582(c)(2). (ECF Nos. 173.) In essence, Defendant argues the retroactive post-sentencing reduction of his base offense level and his favorable post-sentencing conduct justify a reduction of his sentence.

        On March 26, 2015, the Office of the Federal Defender filed a notice stating it "does not recommend appointment of counsel" concerning the referenced motion. (ECF No. 175.)

        The government is requested to file a written response to Defendant's motion no later than May 1, 2015.

Dated:  April 16, 2015

                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge