UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERRY DEAN DARLING,<br><br>　　　　Defendant. | No. 2:04-cr-00250-GEB<br><br><br>**ORDER** |

　　　　In accordance with the Ninth Circuit's Order filed November 4, 2015, (ECF No. 184), Defendant is notified that he has an opportunity to demonstrate whether good cause or excusable neglect exists to permit the late filing of his notice of appeal. See Fed. R. App. P. 4(b)(4); United States v. Ono, 72 F.3d 101, 103 (9th Cir. 1995); United States v. Stolarz, 547 F.2d 108 (9th Cir. 1976). Should Defendant desire to request that the time for filing his notice of appeal be extended under Federal Rule of Appellate Procedure 4(b)(4), he should do so in a written request filed no later than December 4, 2015. Any response by the government to such a request shall be filed no later than December 14, 2015.

Dated:  November 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1