HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700

Attorney for Movant
KERRY DEAN DARLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:04-cr-250 GEB EFB |
| Plaintiff-Respondent, | **PROPOSED** **STAY ORDER** |
| v. | Judge: Hon. Edmund F. Brennan |
| KERRY DEAN DARLING, | |
| Defendant-Movant. | |

Movant KERRY DEAN DARLING. by and through undersigned counsel, requests that this Court stay proceedings in this matter for 30 days, until after April 13, 2017, to permit Movant to receive advice from counsel regarding the United States Supreme Court decision *Beckles v. United States*, filed March 6, 2017, and to take any appropriate course of action.  The government does not oppose this request.

The request is granted.  This matter is stayed until April 13, 2017.  Movant shall file a status report or appropriate motion by April 13, 2017.

Dated:  March 15, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE