HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
KERRY DEAN DARLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KERRY DEAN DARLING,<br><br>    Defendant-Movant. | Case No.: 2:04-cr-00250 JAM<br><br>**ORDER<br>SEALING EXHIBIT 3** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Darling's Exhibit 3 to his Supplemental Emergency Motion for Reduction in Sentence and Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) in this case shall be filed _**under seal**_ until further order of the court as it contains confidential medical records.

**IT IS SO ORDERED.**

July 6, 2020                              /s/ John A. Mendez
                                          U.S. DISTICT COURT JUDGE

ORDERSEALING EXHIBIT 3 - 1